UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

REGINALD MCCLAIN                                                              PETITIONER

V.                                                    CIVIL ACTION NO. 3:16-CV-956-DPJ-FKB

WARDEN L. SHULTS, ET AL.                                                    RESPONDENTS

ORDER

Petitioner Reginald McClain, an inmate housed in the Federal Correctional Complex in Yazoo City, Mississippi, brought this 28 U.S.C. § 2241 petition challenging a sentence enhancement applied in his March 24, 2011 sentencing in the Middle District of Georgia. McClain filed a Motion for Injunctive Relief [9] as well as a Motion to Clarify [13]. United States Magistrate Judge F. Keith Ball entered a Report and Recommendation ("R&R") [18] in which he recommended that McClain's motions be denied and his petition be dismissed with prejudice as McClain's claims relating to sentence-enhancement determinations are not properly brought under §2241.

McClain failed to file an Objection to the R&R, and the time to do so has now expired. The Court, having reviewed the unopposed R&R, finds that it should be adopted as the opinion of this Court.

It is, therefore, ordered that the R&R [18] of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court. McClain's motions [9, 13] are denied, and his Petition [1] is dismissed with prejudice. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 9th day of February, 2018.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE